IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT D. STEPHENSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV972-SRW |
| | ) | (WO) |
| | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This action is presently before the court on the motion to remand filed by the
Commissioner on January 29, 2007 (Doc. # 11).  The Commissioner asks that this court
remand this action pursuant to sentence six of 42 U.S.C. § 405(g)[1] because the Commissioner
is unable to locate the tape of the administrative hearing.

Upon consideration of the motion, it is

ORDERED that the motion is GRANTED, and this action is REMANDED to the
Commissioner pursuant to sentence six of § 405(g).  If the Commissioner is unable to locate
the tape within ninety days, the Commissioner is DIRECTED to commence any further
proceedings necessary, including a hearing before an ALJ, for determination of the merits

---

[1] Sentence six permits remand "on motion of the Commissioner of Social Security made for
good cause shown before the Commissioner files the Commissioner's answer . . . ."  42 U.S.C.
§ 405(g).  See Melkonyan v. Sullivan, 501 U.S. 89, 100 n. 2 (1991); Shalala v. Schaefer, 509 U.S.
292, 297 n. 2 (1993).

of plaintiff's claim for benefits.

DONE, this 2nd day of February, 2007.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE