IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT D. STEPHENSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06CV972-SRW |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This action is presently before the court on the Commissioner's motion for final judgment. This court remanded this action on the Commissioner's motion, pursuant to sentence six of 42 U.S.C. § 405(g). On remand, the ALJ issued a decision favorable to the plaintiff. The Commissioner has filed a copy of the new decision and requests that the court enter final judgment.[1]

Upon consideration of the motion, it is

ORDERED that the motion is GRANTED. A separate judgment will be entered.

DONE, this 9th day of May, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Because the new decision is fully favorable to the plaintiff, the Commissioner is not required to file a copy of the administrative transcript. 42 U.S.C. § 405(g).